===========================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>*NORTHERN*</u>   DISTRICT OF   <u>*NEW YORK*</u>

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.  6:01-CV-1455 (LEK/DEP)

---

**GEORGE E. TUCKER,**

          **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant,**

---

         **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **XX**    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.


**IT IS ORDERED and ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable David E. Peebles, United States Magistrate Judge for the Northern District of New York, dated November 02, 2005, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York,  dated February 16, 2006.


**DATE:**   February 16, 2006                                      ***LAWRENCE K. BAERMAN***

                                                                     CLERK OF THE COURT

*/s/ Scott A. Snyder*

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**